JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:25-cv-12262-SSS | Date | February 5, 2026 |
|---|---|---|---|
| Title | *In Re: Alpha Beta Gamma Trust* | | |

Present: The Honorable      SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING FOR FAILURE TO RESPOND TO ORDER TO SHOW CAUSE [DKT. NO. 7]**

On January 20, 2026, the Court issued an Order to Show Cause after Appellants failed to submit the required statement of issues and notice of transcript designation within the time required.  [Dkt. No. 7].  Appellants were ordered to show cause as to why the appeal should not be dismissed pursuant to their failure to file the required documents for a Bankruptcy Appeal.  [*Id.*].

The deadline to submit a response to the Order was on January 30, 2026.  Appellants have not submitted a response to the Court at this time.  The Court hereby **DISMISSES WITHOUT PREJUDICE** the appeal.

**IT IS SO ORDERED.**

cc: USBK

| Page 1 of 1 | CIVIL MINUTES—<br>GENERAL | Initials of Deputy Clerk iva |
|---|---|---|